Dismissed and Memorandum Opinion filed December 1, 2005









Dismissed and Memorandum Opinion filed December 1,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01091-CR

____________

 

SALVADOR DARIO MERINO,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Court at Law No. 9

Harris County, Texas

Trial Court Cause No. 1318307

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the misdemeanor offense of
possession of a controlled substance, in which the state recommended punishment
of a fine not to exceed $4,000 and/or confinement not to exceed one year.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on August
1, 2005, to confinement for ten days in the Harris County Jail.  Appellant filed a motion for new trial on
August 29, 2005.  Appellant filed his
notice of appeal on October 19, 2005. 
Because appellant has no right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 1, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).